IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| PERRY LEE OLSON, #413228 | § |
| | § |
| v. | § CIVIL ACTION NO. G-03-208 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| OF TDCJ-CID | § |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on May 7, 2004. Petitioner has filed his Objections to the Report and Recommendation in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that Respondent's Motion to Dismiss (Instrument No. 7) is **GRANTED IN PART** and **DENIED IN PART**. This case is referred back to the Magistrate Judge for further proceedings.

**DONE** at Galveston, Texas this 8th day of August, 2005.

_____
Samuel B. Kent
United States District Judge